United States Bankruptcy Court
Central District of California

In re:
Dye
Debtor

Case No. 13-01479-PC

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: ghuertaC Page 1 of 1 Date Rcvd: Nov 01, 2013
Form ID: pdf031 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2013.
pla +Carolyn A. Dye, Law Offices of Carolyn A. Dye, 3435 Wilshire Blvd.,, Ste. 990,
Los Angeles, CA 90010-1998

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2013 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2013 at the address(es) listed below:
James A Dumas, Jr on behalf of Plaintiff Carolyn A. Dye jdumas@dumas-law.com
Miri Kim Wakuta on behalf of Plaintiff Carolyn A. Dye mkwakuta@dumas-law.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
TOTAL: 3

James A. Dumas (SBN 76284)
Christian T. Kim (SBN 231017)
Miri K. Wakuta (SBN 269838)
DUMAS & ASSOCIATES
3435 Wilshire Boulevard
Suite 990
Los Angeles, California 90010
Phone: 213-368-5000
Fax: 213-368-5009

Attorneys for Plaintiff and Chapter 7 Trustee, Carolyn A. Dye

LODGED
OCT 28 2013
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

ENTERED
NOV - 1 2013
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

FILED
OCT 31 2013
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>FREMONT INVESTMENT HOLDINGS, INC,<br><br>Debtor. | Case No.: 2:11-bk-31045-PC<br><br>Adversary No.: 2:13-ap-01479-PC<br><br>[Chapter 7 Cases]<br><br>Honorable Peter Carroll |
| CAROLYN DYE, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT GRAY, an individual d/b/a TGK ENTERPRISES,<br><br>Defendant. | **ORDER REGARDING REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS**<br><br>NO HEARING SCHEDULED |

///

///

///

///

///

**ORDER**

**IT IS SO ORDERED** that All-N-One Legal Support, registered California process servers, be specially appointed to serve any Writ of Execution and/or Alias Writ of Execution in this action.

Dated: OCT 31 2013

The Honorable Peter Carroll,
United State Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): ORDER REGARDING REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner stated below:

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) 10-31-13, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- James A Dumas jdumas@dumas-law.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Miri Kim Wakuta mkwakuta@dumas-law.com

☐ Service information continued on attached page

2. **SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

3. **TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page